Name: Judith Marian Jones
Address: 16648 E. Kingstree Blvd
Phone: Fountain Hills, AZ 85268

FILED
2011 MAR 25 PM 1:38
CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

In Re: ) Chapter 13
)
Judith M. Jones ) Case No. 11-02202
)
) Motion to Reinstate
)
Debtor. )

Motion to reinstate

Date 3-25-11   Signature *Judith Jones*

03/28/2011